UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GONZALO GUISBERT**,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>**WASHINGTON CONVENTION AND SPORTS AUTHORITY t/a EVENTS DC**,<br><br>　　　　　　Defendant. | Civil Action No. 19-cv-02838 |

## DEFENDANT'S MOTION TO DISMISS
## PLAINTIFF'S FIRST AMENDED COMPLAINT

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendant Washington Convention and Sports Authority t/a Events DC ("Events DC") hereby moves to dismiss Counts 5 and 6 of Plaintiff Gonzalo Guisbert's First Amended Complaint for failure to state a claim upon which relief can be granted. For the reasons explained in the accompanying Memorandum of Law, Events DC respectfully requests that the Court grant its motion and dismiss Counts 5 and 6 in their entirety, with prejudice.

Dated: February 19, 2020

Respectfully submitted,

/s/ Jocelyn R. Cuttino
Jocelyn R. Cuttino (D.C. Bar No. 998367)
Elizabeth A. Johnston (D.C. Bar No. 1023541)
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, N.W.
Washington, DC 20004
Tel:　(202) 739-3000
Fax:　(202) 739-3001
jocelyn.cuttino@morganlewis.com
elizabeth.johnston@morganlewis.com

**CERTIFICATE OF SERVICE**

I certify that on February 19, 2020 a copy of this Motion was served via CM/ECF on:

    Thomas J. Gagliardo
    Gilbert Employment Law, P.C.
    1100 Wayne Avenue, Suite 900
    Silver Spring, MD 20910
    Tel: (301) 608-0880
    Fax: (301) 608-0881
    tgagliardo@gelawyer.com

                                    /s/ Jocelyn R. Cuttino