IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GONZALO GUISBERT,<br><br>Plaintiff,<br><br>v.<br><br>WASHINGTON CONVENTION AND<br>SPORTS AUTHORITY t/a EVENTS DC,<br><br>Defendant. | Civil Action No.: 19-02838-TSC |

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56 and Local Rule 7(h), Defendant Washington Convention and Sports Authority t/a Events DC hereby moves this Court for summary judgment on each of Plaintiff Gonzalo Guisbert's claims. For the reasons set forth in the accompanying Memorandum of Law, Statement of Undisputed Material Facts, and exhibits thereto, there are no triable issues of fact in this case and Plaintiff's claims fail as a matter of law. Accordingly, Events DC respectfully requests that the Court grant summary judgment in its favor and dismiss Plaintiff's claims in their entirety with prejudice.

Dated: July 15, 2021

Respectfully submitted,

s/ *Jocelyn R. Cuttino*
Jocelyn R. Cuttino (DC Bar No. 998367)
Elizabeth A. Johnston (DC Bar No. 1023541)
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Avenue NW
Washington, DC 20004
Tel: (202) 739-3000
Fax: (202) 739-3001
jocelyn.cuttino@morganlewis.com
elizabeth.johnston@morganlewis.com

*Attorneys for Defendant Washington Convention and Sports Authority t/a Events DC*

## **CERTIFICATE OF SERVICE**

I certify that the foregoing Motion for Summary Judgment and all supporting documents were served via the Court's CM/ECF system on all counsel of record.

s/ Jocelyn R. Cuttino