# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GONZALO GUISBERT**, <br><br> Plaintiff, <br><br> v. <br><br> **WASHINGTON CONVENTION AND SPORTS AUTHORITY**, *trading as* EVENTS DC <br><br> Defendant. | Civil Action No. 19-cv-2838 (TSC) |

## ORDER

For the reasons explained in the accompanying memorandum opinion (ECF No. 33),

Defendant's motion for summary judgment (ECF No. 29) is **DENIED**.

Date: March 31, 2022

*Tanya S. Chutkan*
_____
TANYA S. CHUTKAN
United States District Judge